**Date signed February 28, 2005**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| FELICIA R. MOORE : | Case No. 04-32474PM |
| : | Chapter 13 |
| Debtor : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -: | |

### MEMORANDUM OF DECISION

      This case comes before the court on the Application of Cheryl E. Rose, former Chapter 7 Trustee, for allowance of administrative fees and expenses for professional services rendered and reimbursement of out-of-pocket expenses while this case was under Chapter 7.  Some idea of the magnitude of the services rendered by the Chapter 7 Trustee can be found in her copying expense of $185.25, indicating that even in this day of electronic filing, more than 900 photocopies were produced in the period between the meeting of creditors on December 7, 2004, and the Order converting the case to a case under Chapter 13 entered December 29, 2004.

      The Application bears the approval of the office of the United States Trustee in that that office has the statutory duty under 28 U.S.C. § 586(a)(3) for reviewing applications for compensation such as this.  The court notes that the Trustee bills the same rates for her services as Trustee that she does as an attorney, that is, $295.00 an hour.  The court notes also that the Trustee seeks compensation as well for the work in preparing for and conducting the meeting of creditors held pursuant to § 341 of the Bankruptcy Code.  The court is unwilling to compensate the Trustee for the legal research done by her in preparing the opposition to the Motion to Convert.  It is generally held that prior to granting of a Chapter 7 discharge, a debtor has an absolute right to convert a case under Chapter 7 to a case under Chapter 13.  *Clearstory and*

*Company v. Blevins*, 225 B.R. 591 (D. Md. 1998); *cf. In re Finney*, 992 F.2d 43 (CA4 1993).

      The court remains mystified as to the massive charges for postage and copying, but is reassured in this instance by the non-action of the office of the United State Trustee that those expenses were incurred.  An appropriate order will be entered.

cc:
Cheryl E. Rose, C/7 Trustee, 50 W. Edmonston Drive, Suite 600, Rockville, MD 20852
Gary F. Weltmann, Esq., 8401 Corporate Drive, Suite 420, Landover, MD 20785
Felicia R. Moore, 3715 Halloway North, Upper Marlboro, MD 20772
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718

**End of Memorandum**